**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
JAROD PENNIMAN, ESQ
Nevada Bar No. 16299
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com
pennimanj@hallevans.com
*Attorneys for Defendant*
*DOLLAR TREE STORES, INC.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA TRAYLOR,<br><br>    Plaintiff,<br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant(s). | CASE NO.: 2:23-cv-01246-ART-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff LISA TRAYLOR, by and through her counsel of record, MUSLUSKY LAW, and Defendant DOLLAR TREE STORES, INC., by and through its counsel of record, the law firm of HALL & EVANS, LLC, that discovery in this matter shall be extended for sixty (60) days.

### I. REASON FOR REQUESTED CONTINUANCE

The parties request this extension due to Plaintiff's disclosure of an additional 134 pages of medical records in her first supplemental disclosure on December 26, 2023, during the holiday season. During such time, experts traditionally take time off and request extensions to prepare

reports. The combination of the aforementioned has placed a burden on Defendant's expert to prepare such reports.

The parties assure this Court that with an accommodation, they will continue to work together to diligently move this case along.

## II. DISCOVERY COMPLETED TO DATE

1. All parties have exchanged F.R.C.P. 26(f) Disclosures of Witnesses and Exhibits and supplements thereto; and

2. Plaintiff has propounded one set of Requests for Production of Documents, one set of Requests for Admissions, and two sets of Interrogatories and received responses.

3. Defendants have propounded one set of Requests for Production of Documents, Requests for Admissions, and Interrogatories and received responses.

## III. DISCOVERY TO BE COMPLETED

1. Initial expert disclosures

2. Rebuttal expert disclosures

3. Additional medical records collection, as necessary

4. Potential IME

5. Depositions of treating medical providers and expert witnesses

6. Depositions of Dollar Tree associates

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

Based on the foregoing, the parties agree that good cause exists to extend the discovery deadlines as follows:

|  | Current Deadlines | **Proposed Deadlines** |
|---|---|---|
| Close of Discovery | 3/18/2024 | **May 17, 2024** |

| Initial Expert Disclosures | 1/18/2024 | **March 18, 2024** |
|---|---|---|
| Rebuttal Expert Disclosures | 2/16/2024 | **April 16, 2024** |
| Dispositive Motions | 4/17/2024 | **June 16, 2024** |

## V. CURRENT TRIAL DATE

The parties request that the trial date be continued in accordance with the proposed deadlines set forth above.

DATED this 8th day of January, 2024.

**MUSLUSKY LAW**

/s/ Adam L. Muslusky, Esq.

ADAM L. MUSLUSKY, ESQ.
Nevada Bar No. 7457
3030 S. Jones Blvd., Ste. 108
Las Vegas, Nevada 89146
(702) 302-2277
*Attorneys for Plaintiff*

DATED this 8th day of January, 2024.

**HALL & EVANS, LLC**

/s/ Kurt R. Bonds

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
JAROD PENNIMAN, ESQ
Nevada Bar No. 16299
1160 North Town Center Drive
Suite 330
Las Vegas, NV 89144
*Attorneys for Defendant Dollar Tree Stores, Inc.*

## ORDER

IT IS SO ORDERED this 11th day of January, 2024.

UNITED STATES MAGISTRATE JUDGE