UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

LISA TRAYLOR,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.; DAMIEN GOCHELE; TREMEKA DOUGLAS; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,

    Defendants.

CASE NO.: 2:23-cv-01246-ART-VCF

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff LISA TRAYLOR, by and through her counsel of record, MUSLUSKY LAW, and Defendant DOLLAR TREE STORES, INC., by and through its counsel of record, the law firm of HALL & EVANS, LLC, that the matter be dismissed with prejudice. Each party to bear their own fees and costs.

. . .

. . .

. . .

. . .

**IT IS FURTHER STIPULATED AND AGREED** that all remaining calendar dates will be vacated from the Court's calendar in conjunction this case.

DATED this 26 day of July, 2024

| HALL & EVANS, LLC | MUSLUSKY LAW |
|---|---|
| /s/ Harvey Gruber | |
| KURT R. BONDS, ESQ. | ADAM L. MUSLUSKY, ESQ. |
| Nevada Bar No. 6228 | Nevada Bar No. 7457 |
| HARVEY GRUBER, ESQ | 3030 S. Jones Blvd., Ste. 108 |
| Nevada Bar No. 6329 | Las Vegas, Nevada 89146 |
| 1160 North Town Center Drive | (702) 302-2277 |
| Suite 330 | *Attorneys for Plaintiff* |
| Las Vegas, Nevada 89144 | |
| *Attorneys for Defendant* | |

KB/20065-7

**ORDER**

**IT IS SO ORDERED** that the Matter be dismissed, with prejudice. Each party to bear their own fees and cost.

**IT IS FURTHER ORDERED** that the Court shall vacate all future dates relative to this case from its calendar.

DATE: August 1, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE